AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) |
| **CAMERON HESS** | ) Case: 1:23-mj-00046 |
|  | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 2/27/2023 |
|  | ) Description: Complaint W/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     **CAMERON HESS**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - Assaulting, resisting, or impeding certain officers or employees ;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder.
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) -Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)-Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building;

Date: 02/27/2023

*G. Michael Harvey* (Digitally signed by G. Michael Harvey, Date: 2023.02.27 16:37:27 -05'00')

*Issuing officer's signature*

City and state:     Washington, D.C.          G. Michael Harvey, U.S. Magistrate Judge

*Printed name and title*

### Return

This warrant was received on *(date)* 02/28/23, and the person was arrested on *(date)* 3/01/23
at *(city and state)* Harrisburg, PA.

Date: 3/03/23

*Daniel Wright*
*Arresting officer's signature*

SA Daniel Wright
*Printed name and title*