IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Crim. No.23CR086 (RCL) |
| v. | : | |
| | : | |
| *CAMERON HESS* | | |
| | : | |
| *(defendant)* | | |

## ENTRY OF APPEARANCE

***COMES NOW***, Elita C. Amato, and enters her appearance pursuant to the Criminal Justice Act, on this 17th day of March 2023.

                        Respectfully submitted,

                        /s/

                        Elita C. Amato
                        D. C. Bar # 442797
                        2111 Wilson Blvd., 8th Floor
                        Arlington, VA 22201
                        703-522-5900

## CERTIFICATE OF SERVICE

I hereby certify that this Entry of Appearance is filed electronically through the ECF filing system on this 17th day of March 2023, thereby, providing service electronically upon all parties in this case

            /s/

          Elita C. Amato