# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Crim. No.23CR086 (RCL)** |
| **v.** : | |
| : | |
| **CAMERON HESS** : | |
| : | |

*(defendant)*

## ORDER

Upon consideration of Cameron Hess' Unopposed Motion to Continue Status Hearing, there being good cause shown, it is this _____ day of _____, 2023, hereby

**ORDERED** that Cameron Hess' Motion to Continue Status Hearing is granted; and it is further

**ORDERED** that counsel to Mr. Hess will notify the Court when Cameron Hess is able to participate in a status hearing and if in 30 days Mr. Hess' condition has not changed, Mr. Hess' counsel will provide a status report with the Court.

**SO ORDERED**.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT COURT JUDGE