IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No.23CR086 (RCL) |
| v. | |
| CAMERON HESS | |
| *(defendant)* | |

### ORDER

Upon consideration of Cameron Hess' Unopposed Motion to Continue Status Hearing, there being good cause shown, it is this __29th__ day of __March__, 2023, hereby

**ORDERED** that Cameron Hess' Motion to Continue Status Hearing is granted; and it is further

**ORDERED** that counsel to Mr. Hess will notify the Court when Cameron Hess is able to participate in a status hearing and if in 30 days Mr. Hess' condition has not changed, Mr. Hess' counsel will provide a status report with the Court, with the counsel's oral agreement to waive speedy trial for 30 days and the Court finding this in the interest of justice.

**SO ORDERED.**

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT COURT JUDGE