IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim. No.23cr00086 (RCL) |
| v. : | |
| : | |
| CAMERON HESS : | |
| : | |

    *(defendant)*

## NOTICE OF REVIEW AND ACCEPTANCE OF PROTECTIVE ORDER

Pursuant to the Protective Order Governing Discovery ("Order"), ECF No. 16, Cameron Hess has signed Attachment A, which is now being filed with the Court consistent with the Court's Order.

Respectfully submitted,

/s/

_____

Elita C. Amato

D. C. Bar # 442797
2111 Wilson Blvd., 8th Floor
Arlington, VA 22201
703-522-5900