IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim. No.23CR086 (RCL) |
| v. : | |
| : | |
| CAMERON HESS : | |
| : | |

    *(defendant)*

## UNOPPOSED MOTION FOR VIRTUAL HEARING

**COMES NOW**, Cameron Hess, the defendant through his undersigned counsel, and moves this Court conduct the currently scheduled in person arraignment hearing virtually. By Standing Order, dated February 6, 2023, pursuant to the CARES ACT, the Chief Judge authorized Arraignment hearings under Rule 10 of the Federal Rules of Criminal Procedure, to be conducted via video teleconferencing, until May 8, 2023. Subsequently by Standing Order dated May 5, 2023, the Chief Judge is permitting "[c]ertain Criminal proceedings [] be conducted by video or teleconferencing technology as permitted by law, with the consent of the defendant."

After consultation with counsel, Mr. Hess consents to his arraignment hearing being handled by video conferencing. Mr. Cameron Hess resides in Pennsylvania. The arraignment hearing will be a very short proceeding. It is preferable to handle this very short hearing virtually so that Mr. Hess does not have to travel down for such a short hearing.

Government counsel Tighe Beach, Esq., does not oppose this request.

Respectfully submitted,

/s/

_____
Elita C. Amato
D. C. Bar # 442797
2111 Wilson Blvd., 8th Floor
Arlington, VA 22201
703-522-5900

## CERTIFICATE OF SERVICE

I hereby certify that this Motion is filed electronically through the ECF filing system on this 5th day of May 2023, thereby, providing service electronically upon all parties in this case

/s/
_____
Elita C. Amato