IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : **Crim. No.23CR086 (RCL)** |
| v. | : |
| | : |
| **CAMERON HESS** | : |
| | : |

*(defendant)*

## ORDER

Upon consideration of Cameron Hess' Unopposed Motion for Virtual Hearing, there being no opposition and good cause shown, it is this _8th_ day of _May_, 2023, hereby

**ORDERED** that Cameron Hess' Unopposed Motion for Virtual Hearing is granted; and it is further

**ORDERED** that pursuant to the Chief Judge's May 5, 2023, Standing Order, and with the consent of the defendant, the Arraignment Hearing scheduled on May 10, 2023, at 12:30 p.m. shall be virtual.

**SO ORDERED**.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT COURT JUDGE