UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff; | ) |
| | ) |
| v. | ) Case No. 23-CR-00086 (RCL) |
| | ) |
| **CAMERON HESS,** | ) |
| | ) |
| Defendant. | ) |

NOTICE OF WITHDRAWAL

The Office of the Federal Public Defender, informs the Court that Assistant Federal Public Defender Eugene Ohm, is terminating his appearance as counsel for Cameron Hess on the record in this matter. Attorney Elita C. Amato entered her appearance on March 17, 2023 as counsel for Mr. Hess.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____

Eugene Ohm
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500