**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Crim. No. 23CR086 (RCL)** |
| **v.** | : | |
| | : | |
| **Cameron Hess** | : | |
| | : | |

    *(defendant)*

UNOPPOSED MOTION TO MOVE

**COMES NOW** Cameron Hess through undersigned counsel and moves to be permitted to move from the Middle District of Pennsylvania/Harrisburg to the Eastern District of Pennsylvania/Reading.  The pre-trial services officer informed undersigned that they are aware of Mr. Hess' request to move and the location at which he would like to reside.  Pre-trial services did not indicate any concerns or issues with the move.  Currently Mr. Hess resides with his mother, however, his intention is to move out and reside at a new location with his girlfriend.

Undersigned has reached out to counsel for the Government in this case, Beach Tighe, Esq., who informed undersigned that the Government does not oppose this motion as long as pre-trial services has the new address and Mr. Hess is in compliance with his conditions of release.

Respectfully submitted,

OFFICE OF ELITA C. AMATO

/s/

_____

Elita C. Amato
D. C. Bar # 442797
2111 Wilson Blvd., 8th Floor
Arlington, VA 22201
703-522-5900

## CERTIFICATE OF SERVICE

I hereby certify that this Response in Opposition is filed electronically through the ECF filing system on this 22nd day of June 2023, thereby, providing service electronically upon all parties in this case including Government counsel.

/s/

_____

Elita C. Amato