# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Crim. No.23CR086 (RCL)** |
| **v.** : | |
| : | |
| **CAMERON HESS** : | |
| : | |

*(defendant)*

# ORDER

Upon consideration of Cameron Hess' Unopposed Motion to Move, there being no opposition, it is this _____ day of _____, 2023, hereby

**ORDERED** that Cameron Hess' Unopposed Motion to Move is granted; and it is further

**ORDERED** that Cameron Hess may move to the new location and be monitored by pre-trial services in the Eastern District of Pennsylvania/Reading.

**SO ORDERED**.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT COURT JUDGE