IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA : 
: Crim. No.23CR086 (RCL)
v. :
:
CAMERON HESS :
:

(defendant)

## ORDER

Upon consideration of Cameron Hess' Unopposed Motion to Move, there being no opposition, it is this 26th day of June, 2023, hereby

**ORDERED** that Cameron Hess' Unopposed Motion to Move is granted; and it is further

**ORDERED** that Cameron Hess may move to the new location and be monitored by pre-trial services in the Eastern District of Pennsylvania/Reading.

**SO ORDERED.**

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT COURT JUDGE