IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim. No.23CR086 (RCL) |
| v.                                              : | |
| : | |
| CAMERON HESS                      : | |
| : | |

*(defendant)*

### ORDER

Upon consideration of Cameron Hess' Unopposed Motion for Virtual Hearing, there being no opposition and good cause shown, it is this _____ day of _____, 2023, hereby

**ORDERED** that Cameron Hess' Unopposed Motion for Virtual Hearing is granted; and it is further

**ORDERED** that pursuant to the Chief Judge's May 5, 2023, Standing Order, and with the consent of the defendant, the Status Hearing scheduled on August 4, 2023, at 12:30 p.m. shall be held virtually.

**SO ORDERED**.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT COURT JUDGE