### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Crim. No.23CR086 (RCL)** |
| **v.** : | |
| : | |
| **CAMERON HESS** : | |
| : | |

  *(defendant)*

### ORDER

Upon consideration of Cameron Hess' Unopposed Motion to Continue Hearing, there being good cause shown, it is this _____ day of _____, 2023, hereby

**ORDERED** that Cameron Hess' Motion to Continue Hearing is granted; and it is further

**ORDERED** that the plea hearing is rescheduled to October 6, 2023, at _____ a.m.

**SO ORDERED**.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT COURT JUDGE