IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | :    **Crim. No.23CR086 (RCL)** |
| v. | : |
| | : |
| **CAMERON HESS** | : |
| | : |

*(defendant)*

### ORDER

Upon consideration of Cameron Hess' Unopposed Motion to Continue Hearing, there being good cause shown, it is this ___20th___ day of ___September___, 2023, hereby

**ORDERED** that Cameron Hess' Motion to Continue Hearing is granted; and it is further

**ORDERED** that the plea hearing is rescheduled to October 6, 2023, at ___1:30___ p.m.

**SO ORDERED.**

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT COURT JUDGE