CO 526 Rev. 5/2018

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> vs. ) <br> ) <br> CAMERON HESS ) <br> ) <br> ) | Criminal Case No.: CR 23-086 |

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____Cameron Hess_____
Defendant

_____
Counsel for Defendant

I consent:

____Tighe R. Beach____
Assistant United States attorney

Approved:

____Royce C. Lamberth____        Date: 10/6/2023

Royce Lamberth

United States District Judge